1  ERIC GRANT
   United States Attorney
2  LUKE BATY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No: 1:25-CR-00120-KES-BAM |
12 |                  Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
13 |              v. |   |
14 | JAZDION GABRIEL, | DATE: September 10, 2025 |
   |                            | TIME: 1:00 p.m. |
15 |                  Defendant. | JUDGE: Hon. Barbara A. McAuliffe |

18   THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

19 United States Attorney Luke Baty, counsel for the government, and Roger Ponce, counsel for Jazdion

20 Gabriel ("the defendant"), that this action's **Wednesday, September 10, 2025, status conference be**

21 **continued to Wednesday, November 12, 2025, at 1:00 p.m.**   The parties likewise ask the court to

22 endorse this stipulation by way of formal order.

23   The parties base this stipulation on good cause. Specifically,

24   1. By previous order, this matter was set for a status conference on September 10, 2025, at 1:00

25      p.m. ECF 10.

26   2. By this stipulation, the parties request that the status conference be continued to November

27      12, 2025, at 1:00 p.m.

28
                                                    1

3. The government has represented that the discovery associated with this case, including investigative reports and related documents, and photos have been either produced directly to counsel and/or made available for inspection and copying. The defense is and has been reviewing discovery thus far provided. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

4. The government and defense are engaged in discussions regarding a resolution of the case. The government anticipates making a plea offer in the case well in advance of the next status conference date in order for defense counsel to have adequate time to discuss a plea or trial with the defendant.

5. Defense counsel believes that failure to grant the above-requested continuance and time exclusion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The parties therefore stipulate that the period of time from September 10, 2025, through November 12, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED

Dated: September 3, 2025                    ERIC GRANT
                                            United States Attorney

                                        By: /s/ LUKE BATY
                                            LUKE BATY
                                            Assistant United States Attorney

Dated: May 22, 2025                     By:     /s/ ROGER PONCE
                                            ROGER PONCE
                                            Counsel for Defendant

2

**O R D E R**

IT IS ORDERED that the status conference currently set for September 10, 2025 at 1:00 pm is continued until **November 12, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS FURTHER ORDERED THAT the period of time from September 10, 2025, through November 12, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **September 4, 2025**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

3