1  ERIC GRANT
   United States Attorney
2  LUKE BATY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No: 1:25-CR-00120-KES-BAM
12 |                       Plaintiff, | STIPULATION TO CONTINUE STATUS
   |                                  | CONFERENCE; AND ORDER
13 |              v.                  |
14 | JAZDION GABRIEL,                 | DATE: November 12, 2025
   |                                  | TIME: 1:00 p.m.
15 |                       Defendant. | JUDGE: Hon. Barbara A. McAuliffe

18    THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

19 United States Attorney Luke Baty, counsel for the government, and Roger Ponce, counsel for Jazdion

20 Gabriel ("the defendant"), that this action's **Wednesday, November 12, 2025, status conference be**

21 **continued to Wednesday, January 14, 2026, at 1:00 p.m.**  The parties likewise ask the court to

22 endorse this stipulation by way of formal order.

23    The parties base this stipulation on good cause.  Specifically,

24    1. By previous order, this matter was set for a status conference on November 12, 2025, at 1:00

25       p.m.  ECF 14.

26    2. By this stipulation, the parties request that the status conference be continued to January 14,

27       2026, at 1:00 p.m.

28
                                            1

3. The government has represented that the discovery associated with this case, including investigative reports and related documents, and photos have been either produced directly to counsel and/or made available for inspection and copying. The defense is and has been reviewing discovery thus far provided. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

4. The government and defense are engaged in discussions regarding a resolution of the case. The Defense requires additional time to secure funds to hire an investigator to evaluate the strength of the government's case.

5. Defense counsel believes that failure to grant the above-requested continuance and time exclusion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The parties therefore stipulate that the period of time from November 12, 2025, through January 14, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED

Dated:  November 6, 2025                                ERIC GRANT
                                                        United States Attorney


                                                By:  /s/ LUKE BATY
                                                     LUKE BATY
                                                     Assistant United States Attorney


Dated: November 6, 2025                         By:       /s/ ROGER PONCE
                                                          ROGER PONCE
                                                Counsel for Defendant

2

**O R D E R**

IT IS ORDERED that the status conference currently set for November 12, 2025 at 1:00 pm is continued until **January 14, 2026, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**

IT IS FURTHER ORDERED THAT the period of time from November 12, 2025, through January 14, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **November 6, 2025**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE