ROGER H. PONCE
PONCE LAW CORP
1424 17th St.
Bakersfield, CA 93301
Telephone:  (661) 888-2003
Facsimile:  (800) 753-9309

Attorneys for Plaintiff
JAZDION GABRIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>              v.<br><br>JAZDION GABRIEL,<br><br>                        Defendant. | Case No: 1:25-CR-00120-KES-EPG<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br><br>DATE:   January 14, 2026<br>TIME:    1:00 p.m.<br>JUDGE: Hon. Erica P. Grosjean |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Luke Baty, counsel for the government, and Roger Ponce, counsel for Jazdion Gabriel ("the defendant"), that this action's **Wednesday, January 14, 2026, status conference be continued to Wednesday, March 11, 2026, at 1:00 p.m.**   The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause.  Specifically,

1.  By previous order, this matter was set for a status conference on November 12, 2025, at 1:00 p.m.  ECF 18.

2.  By this stipulation, the parties request that the status conference be continued to March 11, 2026, at 1:00 p.m.

1

3. The Government has produced discovery to date and will promptly produce any supplemental discovery in accordance with Rule 16 should additional materials be identified.

4. Defendant has expressed a desire to retain private counsel and requires additional time to do so and to allow new counsel to review discovery and prepare. Defense counsel is coordinating that retention and continuing the defense investigation.

5. To allow the defendant an opportunity to retain counsel and for newly retained counsel to review discovery and prepare, the parties request that the status conference currently set for **January 14, 2026** at 1:00 p.m. be continued to **March 11, 2026** at 1:00 p.m., or to another date convenient for the Court.

6. Counsel for the Defendant believe that failure to grant the requested continuance would deny new counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The parties therefore stipulate that the period of time from **January 14, 2026** through and including **March 11, 2026** shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) & (iv), because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED

Dated:  January 9, 2026

ERIC GRANT
United States Attorney

By:  /s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: January 9, 2026

By:  /s/ ROGER PONCE
ROGER PONCE
Counsel for Defendant

2

**O R D E R**

IT IS ORDERED that the status conference currently set for January 14, 2026 at 1:00 pm is continued until **March 11, 2026, at 1:00 pm**.

IT IS FURTHER ORDERED THAT the period of time from **January 14, 2026,** through **March 11, 2026,** is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **January 12, 2026**                        /s/ _Erica P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE

3