ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JAZDION GABRIEL,<br><br>                              Defendant. | Case No: 1:25-CR-00120-KES-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br><br>DATE:   March 11, 2026<br>TIME:    1:00 p.m.<br>JUDGE: Hon. Erica P. Grosjean |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Luke Baty, counsel for the government, and Marc Days, counsel for Jazdion Gabriel ("the defendant"), that this action's **Wednesday, March 11, 2026, status conference be continued to Wednesday, May 13, 2026, at 1:00 p.m.**    The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause.  Specifically,

1.  By previous order, this matter was set for a status conference on March 11, 2026, at 1:00 p.m.  ECF 20.

2.  By this stipulation, the parties request that the status conference be continued to May 13,

1

2026 at 1:00 pm.

3. On January 28, 2026 the Court granted the a substitution of counsel request submitted by the Defendant, at which time Counsel Marc Days took over the case from Counsel Roger Ponce.

4. The government reproduced discovery to new defense counsel on February 25, 2026.

5. The government has represented that the discovery associated with this case, including investigative reports and related documents, and photos have been either produced directly to counsel and/or made available for inspection and copying.

6. The defense is and has been reviewing discovery thus far provided.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

7. Defense counsel believes that failure to grant the above-requested continuance and time exclusion would deny him the reasonable time necessary for effective preparation and deny the Defendant his choice and continuity of counsel, taking into account the exercise of due diligence.

8. The parties therefore stipulate that the period of time from March 11, 2026, through May 13 , 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED

Dated:  March 4, 2026

ERIC GRANT
United States Attorney

By:  /s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: March 4, 2026

By:  /s/ MARC DAYS
MARC DAYS
Counsel for Defendant

2

**O R D E R**

IT IS SO ORDERED that the status conference is continued from March 11, 2026, to **May 13, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **March 5, 2026**                   /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE

3