Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
JAZDION GABRIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:25-cr-00120-KES-EPG |
| Plaintiff, | STIPULATION TO MOTION SCHEDULE; ORDER |
| v. | |
| JAZDION GABRIEL | |
| Defendant. | |

**STIPULATION**

1. On April 2, 2026, Defendant will file a motion to suppress.

2. Based on Defendant filing a motion to suppress, counsel agree and stipulate that the following motions schedule shall apply as to the motion.

   a.   Opposition to motion shall be filed no later than May 4, 2026.

   b.   Reply shall be filed no later than June 5, 2026.

   c.   The Court will hold a hearing on the motion on June 15, 2026, at 10:00am.

///

///

///

///

///

///

**IT IS SO STIPULATED**

Dated:  April 1, 2026

ERIC GRANT
United States Attorney

*/s/ Luke Baty*
LUKE BATY
Assistant United States Attorney


Dated:  April 1, 2026

Marc Days
Days Law Firm

*/s/ Marc Days*
MARC DAYS
Attorney for Defendant
Jazdion Gabriel


**ORDER**


IT IS SO ORDERED.

Dated:    April 1, 2026

_____
UNITED STATES DISTRICT JUDGE

U.S. v. Gabriel, case #1:25-cr-00120-KES-EPG          -2-
Stipulation to Motion Schedule; Order