ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JAZDION GABRIEL,<br><br>                              Defendant. | Case No: 1:25-CR-00120-KES-EPG<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br><br>DATE:   May 13, 2026<br>TIME:    1:00 p.m.<br>JUDGE: Hon. Erica P. Grosjean |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Luke Baty, counsel for the government, and Marc Days, counsel for Jazdion Gabriel ("the defendant"), that this action's **Wednesday, May 13, 2026, status conference be continued to Wednesday, July 22, 2026, at 1:00 p.m.**   The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause.  Specifically,

1. By previous order, this matter was set for a status conference on March 11, 2026, at 1:00 p.m.  ECF 20.

2. By this stipulation, the parties request that the status conference be continued to May 13,

1

2026 at 1:00 pm.

3. On January 28, 2026 the Court granted the a substitution of counsel request submitted by the Defendant, at which time Counsel Marc Days took over the case from Counsel Roger Ponce.

4. The government reproduced discovery to new defense counsel on February 25, 2026.

5. The government has represented that the discovery associated with this case, including investigative reports and related documents, and photos have been either produced directly to counsel and/or made available for inspection and copying.

6. The defense is and has been reviewing discovery thus far provided.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

7. On April 2, 2026, the Defendant filed a Motion to Suppress. ECF # 28.

8. The government responded to the Motion to Suppress on May 4, 2026. ECF # 30.

9. The Motion to Supress is currently scheduled to be heard before the Honorable Kirk E. Sherriff on June 15, 2026.

10. The parties do not anticipate a resolution to the case prior to the ruling on the Motion to Suppress. As a result, the parties believe that the current status conference set on May 13, 2026 should be continued until after the Motion to Suppress ruling.

11. The parties therefore stipulate that the period of time from May 13, 2026, through July 22 , 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED

Dated:  May 8, 2026                                      ERIC GRANT
                                                        United States Attorney


                                                   By:  /s/ LUKE BATY
                                                        LUKE BATY
                                                        Assistant United States Attorney


Dated: May 8, 2026                          By:          /s/ MARC DAYS
                                                        MARC DAYS
                                                        Counsel for Defendant

**O R D E R**

IT IS ORDERED that the status conference currently set for May 13, 2026 at 1:00 pm is continued until **July 22, 2026, at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean.**

IT IS FURTHER ORDERED THAT the period of time from **May 13, 2026,** through **July 22, 2026,** is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 8, 2026**                    /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE

4