IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAZDION GABRIEL,

Defendant.

CASE NO. 1:25-CR-00120-KES-EPG

ORDER FOR DISMISSAL OF INDICTMENT

[Fed. R. Crim. P. 48(a)]

**ORDER**

The government having moved to dismiss the indictment, the Court hereby orders that the indictment in Case No. 1:25-cr-00120 KES EPG, filed on June 12, 2025, be dismissed without prejudice.

IT IS SO ORDERED.

Dated: August 21, 2026

UNITED STATES DISTRICT JUDGE